UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR15-40067 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| SCOTT ROBERT LARSON, | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On April 10, 2015, Scott Robert Larson, the Defendant, used his computer to access the Backpage website. He responded to an advertisement on Backpage by sending an electronic mail message from his computer. Unknown to the Defendant, the email message was sent to a law enforcement officer posing as an individual offering various sex acts with a 15-year-old female for money as part of a sting operation. The electronic mail transmission sent by the defendant caused the transmission of the name of a fictional minor who had not attained the age of 16 years, and was sent for the purpose of enticing a female individual the defendant knew was 15 years old to engage in

[11]

sexual contact with him in exchange for money. At the time, the Defendant was 29 years of age.

In accordance with the facts described above, sexual contact with a minor is a sexual activity for which the defendant could have been charged with under South Dakota law, namely, S.D.C.L. §§ 22-22-7 and 22-4-1. All of this occurred in violation of 18 U.S.C. § 2425.

RANDOLPH J. SEILER
UNITED STATES ATTORNEY

_November 10, 2015_
Date

_[signature]_
Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: Jeff.Clapper@usdoj.gov

_11/9/15_
Date

_[signature]_
Scott Robert Larson
Defendant

_November 9, 2015_
Date

_[signature]_
David Alan Palmer
Attorney for Defendant

[12]